1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  PIO S. KIM
   Assistant United States Attorney
6  California Bar No. 156679
        U.S. Courthouse, 14th Floor
7       312 North Spring Street
        Los Angeles, CA 90012
8       Telephone: (213)894-2589
        Facsimile: (213)894-7177
9       E-mail: Pio.Kim@usdoj.gov

10 Attorneys for Plaintiff
   United States of America
11
                 UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                        WESTERN DIVISION
14

15 UNITED STATES OF AMERICA,      )   NO.   CV 05-5061 RSWL (RCx)
                                  )
16          Plaintiff,            )
                                  )   CONSENT JUDGMENT
17          v.                    )
                                  )
18 $48,152.00 IN U.S. CURRENCY,   )
                                  )
19          Defendant.            )
   ───────────────────────────────)
20

21      Plaintiff United States of America (the "government") filed

22 the Complaint for Forfeiture in this action (the "Complaint"),

23 seeking forfeiture of the defendant $48,152.00 in U.S. Currency

24 pursuant to 21 U.S.C. § 881(a)(6).  Claimant Jose Asuncion

25 Hernandez filed his Claim and Answer, denying the government's

26 allegations in the Complaint and claiming that he was the

27 rightful owner of the defendant.

28 **cc: FISCAL**

The parties have agreed to settle this action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint states claims for relief pursuant to 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law.  No appearance has been made in this action by any person other than claimant Jose Asuncion Hernandez, and the time to file claims and answers has expired.  The Court deems that all other potential claimants admit the allegations of the Complaint to be true, and hereby enters default against all other potential claimants.

4.   $5,000 of the defendant $48,152.00 in U.S. Currency and any interest accrued thereon (the "settlement funds") shall be returned to claimant Hernandez.  It is contemplated that the settlement funds will be returned by a wire-transfer into the Phillip Cohen Client Trust Account within 6 weeks of the entry of this judgment.  Claimant Hernandez shall provide any necessary information to effectuate the transfer, including the account number and tax identification number for the Trust Account.

5.   The remaining $43,152.00 and any interest accrued thereon shall be forfeited to the United States, which shall dispose of the same according to law.

6.   Claimant Hernandez releases the United States of

America, the State of California, all counties, municipalities

and cities within the State of California, and their agencies,

departments, offices, agents, employees and officers, including,

but not limited to, the United States Attorney's Office, the Drug

Enforcement Administration, and their employees and agents, from

any and all known or unknown claims, causes of action, rights and

liabilities, including, without limitation, any claim for

attorney's fees, costs, or interest which may be now or later

asserted by or on behalf of the claimant, arising out of or

related to this action or to the seizure or possession of the

defendant.

    7.  The parties shall each bear their own attorney's fees

and other costs and expenses of litigation.


DATED: December 17, 2010       RONALD S.W. LEW
                            Ronald S.W. Lew

                            Senior, U.S. District Court Judge

                      CONSENT

    The parties consent to judgment and waive any right of

appeal.

    DATED: December 16, 2010 ANDRÉ BIROTTE JR.
                      United States Attorney
                      _/s/_____
                      PIO S. KIM
                      Assistant United States Attorney
                      Attorneys for Plaintiff
                      United States of America


    DATED: December 15, 2010 /s/ PHILLIP COHEN
                      PHILLIP K. COHEN
                      Attorneys for claimant
                      Jose Asuncion Hernandez